# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159088

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

IN THE MATTER OF

BYRON J. KONSCHUH, JUDGE                SC: 159088
40th CIRCUIT COURT                      JTC Formal Complaint 100

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the request by the Judicial Tenure Commission for the appointment of a Master is considered, and the Honorable William J. Caprathe is hereby appointed Master to hear Formal Complaint No. 100.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2019



Clerk